AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
SEP 2 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>DIMAS-Alcantara, Javier<br>aka: Hernandez, Armando Z.<br>aka: Lopez, Joel<br>(A027 570 300)<br>*Defendant(s)* | Case No. 2:13-MJ-294 CKD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 27, 2013__ in the county of __Sacramento__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC §1326 | Deported Alien Found in the United States |

This criminal complaint is based on these facts:

I reviewed the defendant's A-file and it shows that: The defendant is an alien and was found by an ICE agent, on or about July 27, 2013, in the Eastern District of California; the defendant was deported from the United States on or about June 28, 2010, at San Ysidro, California; and there is no record that the defendant received the consent of the Attorney General or the Secretary of Homeland Security to re-apply for admission.

☐ Continued on the attached sheet.

*Complainant's signature*

Rolan Reyes, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/23/2013

*Judge's signature*

City and state: Sacramento, California    Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

Carolyn K. Delaney
U.S. Magistrate Judge